UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 11-39 (KSH) |
| KENYON MATTHEWS | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Gurbir S. Grewal, Assistant U.S. Attorney), and defendant Kenyon Matthews (by Kevin Carlucci, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and no continuances having been previously granted on the Superseding Indictment, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 15th day of March, 2011,

ORDERED that this action be, and it hereby is, continued for a period through and including July 11, 2011; and it is further

ORDERED that motions shall be filed June 20, 2011; the opposition motions shall be filed by June 27, 2011; the argument of motions is scheduled for July 5, 2011; and the trial is scheduled for July 11, 2011 or a date to be set by the Court; and it is further

ORDERED that the period from the date of this Order through and including July 11, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

Hon. Katharine S. Hayden
United States District Judge

Form and entry
consented to:

Gurbir S. Grewal
Assistant U.S. Attorney

~~Kevin Carlucci~~ Patrick McMahon
Counsel for defendant Kenyon Matthews