UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Cr. No. 11-39 |
| KEYNON MATTHEWS, <br> a/k/a "Kenyon Matthews" | : | ORDER |

Defendant having aliases relevant to this matter, and for good cause shown,

It is on this 17th day of May 2011,

ORDERED that the case caption in this matter shall be changed from "United States of America v. Kenyon Matthews," to "United States of America v. Keynon Matthews, a/k/a 'Kenyon Matthews.'"

_____
KATHARINE S. HAYDEN
United States District Judge