PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kenyon Matthews  
Cr.: 11-00039-001  
PACTS #: 60520

Name of Sentencing Judicial Officer: **THE HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE**

Date of Original Sentence: 10/26/2011

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 30 months custody, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Mental Health Treatment

<u>Type of Supervision:</u> Supervised Release                <u>Date Supervision Commenced:</u> 11/13/2012

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On September 3, 2015, the offender was visibly under the influence of alcohol during an unscheduled field visit and admitted to consuming alcohol on this date. |

U.S. Probation Officer Action:
While the probation office is discouraged by Matthews's actions, we are requesting an opportunity to address his noncompliance internally. We are recommending no action be taken at this time. If Your Honor agrees with our plan, the probation office will present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional instances of noncompliance.

Respectfully submitted,

By: Jamel H. Rucks-Dorsey
U.S. Probation Officer
Date: 09/09/2015

Prob 12A – page 2
Kenyon Matthews

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time
☐ Submit a Request for Modifying the Conditions or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

9/10/15
Date